# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3980

_____

Eugene W. McGlory,

           Appellant,

    v.

Compass Group USA, Inc.,

           Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Western District of Missouri.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: August 6, 1998
Filed: August 11, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Eugene W. McGlory appeals from the district court's[1] orders granting and denying various motions, and dismissing his employment discrimination action with prejudice pursuant to Federal Rule of Civil Procedure 37(d). After careful review of the record we conclude the district court did not abuse its discretion in dismissing the action for the reasons it stated. See Aziz v. Wright, 34 F.3d 587, 589 (8th Cir. 1994) (standard of review). We also conclude the district court did not abuse its discretion

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

in making the other rulings McGlory challenges.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-